**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
DISTRICT OF DISTRICT OF COLUMBIA

Case number (if known) _____    Chapter __11__

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**
4641 Hillside Rd SE, LLC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**
83-3196900

**4. Debtor's address**

**Principal place of business**
4917 Riding Ridge Court
Laurel, MD 20707
Number, Street, City, State & ZIP Code

Prince George's
County

**Mailing address, if different from principal place of business**
_____
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**
4641 Hillside Road, SE Washington, DC 20019
Number, Street, City, State & ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor   **4641 Hillside Rd SE, LLC** _____   Case number (*if known*)_____
      Name

| | | |
|---|---|---|
| 7. | **Describe debtor's business** | **A.** *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☐ None of the above

**B.** *Check all that apply*
☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
     **5311**

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☒ Yes.

List all cases. If more than 1, attach a separate list

Debtor   **See Attachment** _____   Relationship _____
District _____ When _____ Case number, if known _____

---

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page 2

Debtor **4641 Hillside Rd SE, LLC** _____  Case number (_if known_) _____
     Name

| | | |
|---|---|---|
| **11.** | **Why is the case filed in _this district?_** | _Check all that apply:_<br>☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☒ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** (_Check all that apply_.)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>   What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>   Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>      Contact name _____<br>      Phone _____ |

### Statistical and administrative information

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | _Check one:_<br>☒ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |
| **14.** | **Estimated number of creditors** | ☒ 1-49    ☐ 1,000-5,000    ☐ 25,001-50,000<br>☐ 50-99    ☐ 5001-10,000    ☐ 50,001-100,000<br>☐ 100-199    ☐ 10,001-25,000    ☐ More than100,000<br>☐ 200-999 |
| **15.** | **Estimated Assets** | ☐ $0 - $50,000    ☒ $1,000,001 - $10 million    ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000    ☐ $10,000,001 - $50 million    ☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000    ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million    ☐ $100,000,001 - $500 million    ☐ More than $50 billion |
| **16.** | **Estimated liabilities** | ☐ $0 - $50,000    ☒ $1,000,001 - $10 million    ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000    ☐ $10,000,001 - $50 million    ☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000    ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million    ☐ $100,000,001 - $500 million    ☐ More than $50 billion |

Debtor    4641 Hillside Rd SE, LLC                                           Case number (*if known*)
            Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   April 24, 2024
              MM / DD / YYYY

**X** /s/ Mario Guatemala                           Mario Guatemala
Signature of authorized representative of debtor    Printed name

Title   Managing Member

**18. Signature of attorney**

**X** /s/ Jeffery T. Martin,, Jr.                   Date   April 24, 2024
Signature of attorney for debtor                           MM / DD / YYYY

Jeffery T. Martin,, Jr. VA71860
Printed name

Martin Law Group PC
Firm name

8065 Leesburg Pike
Suite 750
Vienna, VA 22182
Number, Street, City, State & ZIP Code

Contact phone   (703) 223-1822        Email address   jeff@martinlawgroupva.com

VA71860 DC
Bar number and State

Debtor  4641 Hillside Rd SE, LLC    Case number (*if known*)
Name

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
DISTRICT OF DISTRICT OF COLUMBIA

Case number (*if known*) _____  Chapter __11__

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | |
|---|---|---|---|---|
| Debtor | 2812 Pomeroy Rd SE LLC | | Relationship to you | Associated Matter |
| District | IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLUMBIA | When 4/24/24 | Case number, if known | |
| Debtor | 4001 First St SE LLC | | Relationship to you | Associated Matter |
| District | IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLUMBIA | When 4/24/24 | Case number, if known | 24-00138 |
| Debtor | 4257-61 6th Street SE LLC | | Relationship to you | Associated Matter |
| District | IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLUMBIA | When 4/24/24 | Case number, if known | 24-00139 |
| Debtor | 4318 Halley Terrace SE LLC | | Relationship to you | Associated Matter |
| District | IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLUMBIA | When 4/24/24 | Case number, if known | |
| Debtor | 5012 Bass Place SE LLC | | Relationship to you | Associated Matter |
| District | IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLUMBIA | When 4/24/24 | Case number, if known | 24-00140 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| In re: ) | |
| ) | |
| 4641 HILLSIDE RD SE LLC; ) | Case No. 24- |
| ) | |
| ) | |
| Debtor and Debtor in Possession. ) | Chapter 11 |
| ) | |

### STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Mario Guatemala, declare under penalty of perjury that I am the managing member of 4641 HILLSIDE RD SE LLC, and that the following is a true and correct copy of the resolutions adopted by the managing members of said limited liability company at a special meeting duly called and held on the 24$^h$ day of April 2024.

"Whereas, it is in the best interest of this limited liability company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Mario Guatemala, managing member of this limited liability company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the limited liability company; and

Be It Further Resolved, that Mario Guatemala, managing member of this limited liability company is authorized and directed to appear in all bankruptcy proceedings on behalf of the limited liability company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the limited liability company in connection with such bankruptcy case, and

Be It Further Resolved, that Mario Guatemala, of this limited liability company is authorized and directed to employ Jeffery T. Martin, Jr., attorney and the law firm of Martin Law Group PC to represent the limited liability company in such bankruptcy case."

Date Signed:  April 24, 2024         /s/ Mario Guatemala
                                      Mario Guatemala, managing member

## Resolution of Managing Members
## of
## 4641 HILLSIDE RD SE LLC

Whereas, it is in the best interest of this limited liability company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Mario Guatemala, managing member of this limited liability company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the limited liability company; and

Be It Further Resolved, that Mario Guatemala, managing member of this limited liability company is authorized and directed to appear in all bankruptcy proceedings on behalf of the limited liability company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the limited liability company in connection with such bankruptcy case, and

Be It Further Resolved, that Mario Guatemala, of this limited liability company is authorized and directed to employ Jeffery T. Martin, Jr. and John E. Reid, attorneys and the law firm of Martin Law Group P.C. to represent the limited liability company in such bankruptcy case.

Date Signed:   April 24, 2024                              /s/ Mario Guatemala
                                                            Mario Guatemala, managing member

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | 4641 Hillside Rd SE, LLC |
| United States Bankruptcy Court for the: | DISTRICT OF DISTRICT OF COLUMBIA |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ALI RAZJOOYAN<br>3639 MARTIN LUTHER KING JR AVE SE<br>Washington, DC 20032 | | | Contingent<br>Unliquidated<br>Disputed | Unknown | $0.00 | $0.00 |
| DC Treasurer<br>1275 K St NW # 600<br>Washington, DC 20005 | | | | $3,217.33 | $0.00 | $3,217.33 |
| DC Water and Sewer Authority<br>1385 Canal Street SE<br>Washington, DC 20003 | | | | $47,369.53 | $0.00 | $47,369.53 |
| Masterpiece Property Management, LLC<br>700 51st St NE<br>Washington, DC 20019 | | | Contingent<br>Unliquidated<br>Disputed | Unknown | $0.00 | $0.00 |

```
ALI RAZJOOYAN
3639 MARTIN LUTHER KING JR AVE SE
Washington, DC 20032


Anita Gross
4641 Hillside Road SE, Unit 1
Washington, DC 20019


Corin Robinson
4641 Hillside Road SE, Unit B1
Washington, DC 20019


DC Treasurer
1275 K St NW # 600
Washington, DC 20005


DC Water and Sewer Authority
1385 Canal Street SE
Washington, DC 20003


Masterpiece Property Management, LLC
700 51st St NE
Washington, DC 20019


Michael D. Nord
Gebhardt & Smith LLP
One South St., Suite 2200
Baltimore, MD 21202


TD Bank
Felipe J. Lozano
5900 N. Andrews Ave., Suite 200
Fort Lauderdale, FL 33309
```

# United States Bankruptcy Court
### District of District of Columbia

In re: 4641 Hillside Rd SE, LLC
Debtor(s)

Case No.
Chapter  11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  4641 Hillside Rd SE, LLC  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☐ None [*Check if applicable*]

April 24, 2024
Date

/s/ Jeffery T. Martin,, Jr.
Jeffery T. Martin,, Jr. VA71860
Signature of Attorney or Litigant
Counsel for  4641 Hillside Rd SE, LLC
Martin Law Group PC
8065 Leesburg Pike
Suite 750
Vienna, VA 22182
(703) 223-1822  Fax:
jeff@martinlawgroupva.com